UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                       :   Case No. 13-40138 (JF)
                                                            :
                                                            :   (Chapter 11)
WORLD HARVEST DELIVERANCE                                   :
CENTER,                                                     :
                                                            :
                                                            :
                           Debtor.                          :
                                                            :
------------------------------------------------------------x

## DECLARATION OF GREG M. ZIPES

Pursuant to 28 U.S.C. § 1746, Greg M. Zipes declares as follows:

1.  I am an attorney in the Office of the United States Trustee for Region 2 (the "United States Trustee"). I am assigned to this matter by my office and as such, have knowledge and information about this Chapter 11 bankruptcy case. I submit this Declaration in support of the motion of the United States Trustee for an order dismissing the Chapter 11 case of World Harvest Deliverance Center (the "Debtor").

2.  A true and correct copy of the docket in the Debtor's case, retrieved on January 11, 2013, is attached as Exhibit A.

3.  A true and correct copy of the petition (the "Petition") in this case (Doc. No. 1) is attached as Exhibit B.

4.  The Petition does not provide details about the Debtor's business. On this date, I conducted a search of the business database on the New York Secretary of State's website and was unable to find a corporation, either active or inactive, under the name "World Harvest Deliverance Center." I have conducted a public search on Google of the name "World Harvest Deliverance Center." I have found an entity on a Facebook webpage with the same name and address of the

Debtor that lists the Debtor as an "interdenominational church."  A copy of the webpage is attached as Exhibit C.

I declare under penalty of perjury that the information contained in this Declaration is true and correct.

Dated: Brooklyn, New York
       January 11, 2013

                                    /s/ Greg M. Zipes
                                    Greg M. Zipes

EXHIBIT A

SmBus, SmBusPlnDue, SmBusDsclsDue

## U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-13-40138-jf

*Date filed:* 01/10/2013

*Assigned to:* Jerome Feller
Chapter 11
Voluntary
Asset

*Debtor*
**World Harvest Deliverance Center**
15-21 Central Avenue
Far Rockaway, NY 11691
QUEENS-NY
Tax ID / EIN: 11-3275328

represented by **World Harvest Deliverance Center**
PRO SE

*U.S. Trustee*
**United States Trustee**
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
(718) 422-4960

| Filing Date | # | Docket Text |
|---|---|---|
| 01/10/2013 | 1 | Chapter 11 Voluntary Petition. Fee Amount $ 1213 Filed by World Harvest Deliverance Center Chapter 11 Plan - Small Business - due by 7/9/2013. Chapter 11 Small Business Disclosure Statement due by 7/9/2013. (cjm) (Entered: 01/10/2013) |
|  |  | Deficient Filing Chapter 11 : Small Business Balance Sheet due by 1/17/2013. Small Business Cash Flow Statement due by 1/17/2013. Small Business Statement of Operations due by 1/17/2013. Small Business Tax Return due by 1/17/2013. Statement Pursuant to LR1073-2b due by 1/24/2013. Debtor Affidavit-Local Rule 1007-4 schedule due 1/24/2013. Corporate Resolution Pursuant to LBR 1074-1(a) due by 1/24/2013. Corporate Ownership Statement Pursuant to FBR 1007(a)(1) due 1/24/2013. Summary of Schedules due 1/24/2013. Statistical Summary of Certain Liabilities due by 1/24/2013. Schedule A due 1/24/2013. Schedule B due 1/24/2013. Schedule D due 1/24/2013. Schedule E due 1/24/2013. Schedule F due 1/24/2013. Schedule G due 1/24/2013. |

| 01/10/2013 | 2 | Schedule H due 1/24/2013. Declaration on Behalf of a Corporation or Partnership schedule due 1/24/2013. List of Equity Security Holders due 1/24/2013. Statement of Financial Affairs due 1/24/2013. Incomplete Filings due by 1/24/2013. (cjm) (Entered: 01/10/2013) |
| --- | --- | --- |
| 01/10/2013 |  | Receipt of Chapter 11 Filing Fee - $1213.00. Receipt Number 00305187. (CM) (admin) (Entered: 01/10/2013) |
| 01/11/2013 | 3 | Meeting of Creditors 341(a) meeting to be held on 2/11/2013 at 02:00 PM at 271 Cadman Plaza East, Room 4529, Brooklyn, NY. (cjm) (Entered: 01/11/2013) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/11/2013 10:09:57 | | | |
| PACER Login: | us5157 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1-13-40138-jf Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html |
| Billable Pages: | 1 | Cost: | 0.10 |

# EXHIBIT B

ORIGINAL

B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of New York | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>WORLD HARVEST DELIVERANCE CENTER | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>EIN 11-3276328 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>15-21 CENTRAL AVENUE<br>FAR ROCKAWAY, NEW YORK<br>ZIP CODE 11691 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>QUEENS COUNTY | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [x] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**WORLD HARVEST DELIVERANCE CHURCH** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (12/11) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): WORLD HARVEST DELIVERANCE CHURCH |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_ _____
Signature of Authorized Individual
TREVOR RANKINE
Printed Name of Authorized Individual
PASTOR
Title of Authorized Individual
01/10/2013
Date

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re _____,                Case No. _____
          Debtor
                                              Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Date: *January 10, 2013*                                  _____
                                                                  Debtor

*[Declaration as in Form 2]*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800
(347) 394-1700

------------------------------------------x
In re:

*World Harvest Deliverance Center*

Case No.
Chapter

Debtor(s)
------------------------------------------x

## NOTICE TO PRO SE DEBTORS

If you are filing a petition in bankruptcy without an attorney representing you (pro-se), please complete the following:

Debtor(s) Names(s): *World Harvest Deliverance Center*

Address: *1521 Central Avenue, Far Rockaway, NY 11691*

Telephone No. *718-337-5054*

Email Address: *worldharvestdc@yahoo.com*

PLEASE CHECK THE APPROPRIATE BOXES:

[ ]    I/WE PAID THE FILING FEE IN FULL

[ ]    I/WE APPLIED FOR INSTALLMENT PAYMENTS OR WAIVER OF FILING FEE

[ ]    PREVIOUS FILINGS
       CASE NUMBERS 1._____  2._____  3._____

[ ]    I/WE DID NOT HAVE ASSISTANCE IN PREPARATION/FILING OF PETITION AND SCHEDULES

[ ]    I/WE HAD ASSISTANCE IN PREPARATION/FILING OF PETITION AND SCHEDULES *(if this box is checked, please complete the following)*

NAME OF PERSON THAT ASSISTED_____

ADDRESS_____

TELEPHONE_____

AMOUNT PAID_____  DATE OF PAYMENT_____

Dated: *01/10/2013*

_____    _____
**Debtor's Signature**            **Debtor's Signature**
USBC-41alt                                              Rev. 09/15/11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x
In Re:

                                         Case No.

World Harvest Deliverance Center    Chapter

                  Debtor(s)
-------------------------------------------------x

## **VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS**

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: January 10, 2013

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

USBC-44                                                    Rev.3/17/05

Advanta Credit Cards
Post Office Box 31032
Tampa FL 33631-3032


Evangelical Christian Credit Union
Post Office Box 2400
Brea. CA 92822-2400


Lipa
Post Office Box 888
Hicksville NY 11802-0888


National Grid
Post Office Box 9040
Hicksville NY 11802-9500


NYC Department of Environmental Protection
Post Office Box 371488
Pittsburgh PA 15250-7488


New York Department Of Finance
59 Maiden Lane
New York NY 10038-4502


NYS Worker's Comp. Board
328 State Street
Room 331
Schenectady NY 12305


Philadelphia Insurance
Post Office Box 70251
Philadelphia PA 19176-0251


South Shore
100 Milbar Blvd.
Farmingdale, NY 11735


Trevor L. Rankine
2404 Deerfield Rd
Far Rockaway NY 11691

```
US Bancorp
Post Office Box 790448
St. Louis, MO 63179-0448


Utica National
Post Office Box 6532
Utica NY 13504-6532
```

EXHIBIT C





**Grace Moravian Church**
Interdenominational Church
17840 137th Ave, Jamaica, New York 11434-4020
46 like this
64 were here
Like

**Mount Moriah AME Church**
Interdenominational Church
Cambria Heights, New York
9 like this
89 were here
Like

**Congregación Cristiana El Gran Yo Soy**
Interdenominational Church
10312 Remington St, New York, New York 11435
47 like this
12 were here
Congregacion de familias
Like

Facebook © 2013 · English (US)   Mobile · Find Friends · Badges · People · Pages · Places · Apps · Games · Music · About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help